# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STEPHEN A. GILES,<br><br>         *Plaintiff,*<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>         *Defendant.* | CIVIL NO. 3:03cv00007<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b), filed on July 30, 2007 (docket entry no. 13). Plaintiff's counsel requests an award of $15,012.75; of that amount, $3,362.50 is to be remitted to Plaintiff for money already paid to counsel under the Equal Access to Justice Act.

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, to make proposed findings of fact and a recommendation. After a review of record, and no objection having been filed to Judge Crigler's Report recommending payment of the fee, it is hereby ORDERED that:

(1) the Report and Recommendation of the United States Magistrate Judge filed August 20, 2007 be ADOPTED in its entirety;

(2) Plaintiff's motion (docket entry no. 13) be GRANTED;

(3) C. Cooper Geraty, Esq. be AWARDED $15,012.75 under 42 U.S.C. §406(b);

(4) C. Cooper Geraty, Esq. REMIT to Plaintiff the sum of $3,362.50.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

Sept. 11, 2007
Date